## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CURTIS KIRKLAND, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 07-0650-CB |
| WOLPOFF & ABRAMSON, LLP, et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on stipulations of dismissal (Docs. 22 and 23) filed by all parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, requesting that this action be dismissed. Accordingly, it is

**ORDERED, ADJUDGED** and **DECREED** that this action is due to be, and hereby is, **DISMISSED** with prejudice, costs taxed as paid.

**DONE** this 7th day of July, 2008.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**